THE WESTERN UNION TELEGRAPH COMPANY, Appellant, v. HERMAN WORTH, Otherwise Known as HERMAN WERTHEIM, Respondent.— Order modified as directed in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant; the answer to be served within five days from service of order upon payment of said costs.. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWIN H. JONSON and Others, Appellants, v. LOUIS H. HUOT and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOL BALLIN, Appellant, v. MORRIS ROSENTHAL, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of FREDERICK FARAONE, Respondent, for an Order Compelling ANTHONY BLOCK and Others, Individually and as Copartners, etc., Appellants, to Arbitrate a Certain Controversy, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVELYN KIPP KLEIN, Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK WHITNEY, Appellant, v. JOSEPH A. McCANN, Warden of State Penitentiary of the County of New York at Welfare Island, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRIEDA BRUDNO, Respondent, v. JACOB A. BRUDNO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch; McAvoy and Martin, JJ.

HELEN E. STOKES, Plaintiff, v. WILLIAM E. D. STOKES, Respondent. DANIEL F. NUGENT and Another, Attorneys, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCIS L. KOHLMAN, as Trustee in Bankruptcy of the Estate of FRANK L. STOTT, Respondent, v. S. PARKER BREMER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

THE NEW YORK TRUST COMPANY, Appellant, v. NEW YORK COUNTY TRUST COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements, on the ground that the matter should be allowed to await the trial of the action, without passing upon the merits of the controversy. Present — Clarke, P. J., Dowling, McAvoy and Martin, JJ.

ISABELLE M. NILES, Respondent, v. FREDERICK SEELER, Appellant.— Order reversed, with ten dollars costs and disbursements. and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch and McAvoy, JJ., dissent.